IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR84 |
| | ) | |
| v. | ) | |
| | ) | |
| CORNELIUS BARNES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion (Filing No. 130) to dismiss without prejudice the petition for warrant for offender under supervision (Filing No. 110). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the petition for warrant for offender under supervision as it pertains to Cornelius Barnes is dismissed without prejudice.

DATED this 17th day of December, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court